UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.** |
| | : | |
| **MICHAEL STEIGER,** | : | |
| | : | **VIOLATION: 18 U.S.C. § 2314** |
| Defendant. | : | **(Interstate Transportation of Stolen** |
| | : | **or Fraudulently Obtained Property)** |

### I N F O R M A T I O N

The United States Attorney charges**:**

### COUNT ONE

At times material to this Information:

1. Defendant MICHAEL STEIGER was employed as accountant/controller of Management Sciences for Development, Inc. (MSD), a Washington, D.C. based company that provided services in foreign countries pursuant to contracts with the United States Agency for International Development (USAID).

2. MSD maintained an account at FCNB Bank for its operational expenses, including employee travel expenses and petty cash expenditures.

3. From on or about September 21, 2000 through on or about February 21, 2002, defendant MICHAEL STEIGER devised and participated in a continuing course of conduct through which he stole funds from the MSD operational expenses account at FCNB Bank. During this period, defendant MICHAEL STEIGER caused approximately $58,337.77 of checks from this account to be issued payable to himself. Defendant MICHAEL STEIGER then took these checks from MSD's offices in the District of Columbia to the State of Virginia, where he deposited them in his personal bank account.

**Transportation of Stolen and Fraudulently Obtained Property**

4.  From on or about September 21, 2000 through on or about February 21, 2002, defendant MICHAEL STEIGER did transport, transmit and transfer in interstate commerce, from the District of Columbia to the State of Virginia securities and money, to wit, checks in the approximate amount of $58,337.77, drawn on the operational expenses account of MSD at FCNB Bank, knowing the same to have been stolen, converted and taken by fraud.

**(Interstate Transportation of Stolen or Fraudulently Obtained Property, in violation of 18 U.S.C. § 2314)**.

                                              KENNETH L. WAINSTEIN
                                              United States Attorney

By: _____
      JOHN D. GRIFFITH
      Assistant United States Attorney
      United States Attorneys Office
      Fraud/Public Corruption Section
      555 4th Street, N.W.
      Washington, D.C.  20530
      (202) 353-2453