IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | Criminal No. 05-302 (CKK) |
| MICHAEL STEIGER, ) | |
| Defendant. ) | |

### UNOPPOSED MOTION TO CONTINUE PLEA HEARING

Defendant, Michael Steiger, through undersigned counsel, respectfully submits this unopposed motion to continue the plea hearing in this matter.

As grounds for this motion, defense counsel submits:

1. On August 10, 2005, an Information was filed charging Mr. Steiger with one count of interstate transportation of stolen property, in violation of 18 U.S.C. § 2314.

2. Mr. Steiger's plea is currently scheduled for September 21, 2005 at 9:30 a.m.

3. Due to other court commitments, the defense is respectfully requesting a continuance of the plea. Mr. Steiger and the Government are both available at 3 p.m. on Monday, September 26, 2005. Based on communications with chambers, the parties understand that the Court is available at that time.

WHEREFORE, Mr. Steiger respectfully requests that the plea hearing in this matter be continued until 3 p.m. on Monday, September 26, 2005.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500