IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 05-302 (CKK) |
| ) | |
| MICHAEL STEIGER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the defendant's unopposed motion for a continuance of the plea hearing, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the plea haring is re-scheduled for

_____, 2005 at _____ am/pm.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

_____
DATE

Jonathan S. Jeffress, AFPD
John Griffith, AUSA