## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 05-302 (CKK)
)
MICHAEL STEIGER, )
)
Defendant. )

### ORDER

Upon consideration of the defendant's unopposed motion for a continuance of the plea

hearing, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the plea hearing is re-scheduled for

_September 26,_____, 2005 at _3:00_ ~~am~~pm.

**SO ORDERED.**

_____Colleen Kollar-Kotelly_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

_____9/20/05_____
DATE

Jonathan S. Jeffress, AFPD
John Griffith, AUSA