UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
      Plaintiff :
:
vs. : CRIMINAL NO. 05-302
: Judge Colleen Kollar-Kotelly
:
MICHAEL STEIGER :
:
      Defendant :

## ORDER

The probation office shall file its Presentence Report by no later than__ DECEMBER 9, 2005.

The parties shall file its Memorandum in Aid of sentencing by no later than DECEMBER 21, 2005__ and it is further;

ORDERED that the defendant shall be sentence in Courtroom #11 on__ DECEMBER 21, 2005 AT 9:00 A.M.

IT IS SO ORDERED,

Date: 9/26/05

_____
Colleen Kollar-Kotelly
United States District Judge

cc: Chambers
    File
    Courtroom Clerk
    Pretrial
    Probation
    John Griffith, AUSA
    Jonathan Jeffress, AFPD