AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**
SEP 2 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.
Michael Steiger

## WAIVER OF INDICTMENT

CASE NUMBER: 05 - 302 (CKK)

I, Michael Steiger, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 9/26/05 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Collen Kollar-Kotelly_
Judicial Officer
9/26/05