UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA             :
                                     :
        v.                           : Criminal No. 05-302
                                     :
MICHAEL STEIGER,                     :
                                     :
        Defendant.                   :

**FILED**

SEP 2 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Cr. P. 11, defendant Michael Steiger agrees and stipulates as follows:

1. MICHAEL STEIGER was employed as accountant/controller of Management Sciences for Development, Inc. (MSD), a Washington, D.C. based company that provided services in foreign countries pursuant to contracts with the United States Agency for International Development (USAID).

2. MSD maintained an account at FCNB Bank for its operational expenses, including employee travel expenses and petty cash expenditures.

3. From on or about September 21, 2000 through on or about February 21, 2002, MICHAEL STEIGER devised and participated in a continuing course of conduct through which he stole funds from the MSD operational expenses account at FCNB Bank. During this period, MICHAEL STEIGER caused approximately $58,337.77 of checks from this account to be issued payable to himself. MICHAEL STEIGER then took these checks from MSD's offices in the District of Columbia to the State of Virginia, where he deposited them in his personal bank account.

4. From on or about September 21, 2000 through on or about February 21, 2002, defendant MICHAEL STEIGER did transport, transmit and transfer in interstate commerce, from

the District of Columbia to the State of Virginia securities and money, to wit, checks in the approximate amount of $58,337.77, drawn on the operational expenses account of MSD at FCNB Bank, knowing the same to have been stolen, converted and taken by fraud.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia

By: _____
JOHN D. GRIFFITH
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-2453

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense.

Date: 9/26/05       _____
                    Michael Steiger
                    Defendant

I have discussed this Statement of Offense with my client, Mr. Steiger. I concur with his decision to stipulate to this Statement of Offense.

Date: 9/26/05       _____
                    Jonathan Jeffress, Esq.
                    Attorney for the Defendant

2