U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

FILED

SEP 26 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

v. :

:

MICHAEL STEIGER, : Case No. 05-302 (CKK)

Defendant. :

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ___26 th___ day of ___SEPTEMBER, 2005___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _Sept. 30, 2005_ by _Special Agent Laszlo Sagi_ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to ___U.S.AID/OIG___ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _Special Agent Laszlo Sagi_ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge ~~(U.S. Magistrate)~~ COLLEEN K. KOTELLY

DEFENSE COUNSEL

DOJ USA-16-1-80