IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-302 (CKK) |
| ) | |
| MICHAEL STEIGER, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Defendant, Michael Steiger, through undersigned counsel, respectfully submits this unopposed motion to continue the sentencing hearing in this matter.

As grounds for this motion, defense counsel submits:

1. On August 10, 2005, an Information was filed charging Mr. Steiger with one count of interstate transportation of stolen property, in violation of 18 U.S.C. § 2314.

2. Mr. Steiger plead guilty on September 26, 2005.

3. Due to certain private personal circumstances of the defendant, the defense is respectfully requesting a continuance of the sentencing hearing until after January 2, 2006.

4. Defense counsel understands that Mr. Steiger is in full compliance with his release conditions.

5. The government does not oppose the requested continuance.

WHEREFORE, Mr. Steiger respectfully requests that the plea hearing in this matter be continued until after January 2, 2006.

        Respectfully submitted,

        A.J. KRAMER
        Federal Public Defender


        _____/s/_____

        Jonathan S. Jeffress
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Ste 550
        Washington, D.C. 20004
        (202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-302 (CKK) |
| ) | |
| MICHAEL STEIGER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the defendant's unopposed motion for a continuance of the sentencing hearing, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the sentencing haring is re-scheduled for

_____, 2006 at _____ am/pm.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE


_____
DATE

Jonathan S. Jeffress, AFPD
John Griffith, AUSA