HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : Docket No.: CR-05-302-01 | JAN 1 7 2006 |
| vs. | : SSN: | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| STEIGER, Michael | : Disclosure Date: November 10, 2005 | |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
**Prosecuting Attorney**                **Date**

**For the Defendant**
(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    [signature] 11/30/05
**Defendant        Date**        **Defense Counsel        Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **November 28, 2005**, to U.S. Probation Officer **Monica Johnson**, telephone number **(202) 565-1332**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004

A. J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

November 30, 2005

**BY FACSIMILE**

Monica Johnson
United States Probation Officer
3rd and Constitution Avenue, N.W.
Washington, DC 20001

        Re: <u>United States v. Michael Steiger</u>
            **Criminal Number 05-302 (CKK)**

Dear Officer Johnson:

    Below please find Defendant's Supplemental Objections and Comments to the Presentence Report prepared in the above-referenced case, dated August 31, 2005.

**Objections and Comments**

    1.    As discussed on the phone, Paragraph 21 should be modified to so that there are no adjustments for role in the offense, as neither Mr. Steiger's accounting position and skills did not facilitate the commission of the offense. <u>See, e.g.</u>, <u>United States v. Smaw</u>, 993 F.2d 902 (1993). Once this adjustment has been made, Mr. Steiger's total adjusted offense level is a 10, placing him in a guideline range of 6-12 months in Zone A.

D.C. Cir. —

    Thank you for your consideration in this matter. Please feel free to call me to discuss any of the above.

                              Sincerely yours,

                              JONATHAN S. JEFFRESS
                              Assistant Federal Public Defender

cc:    John Griffith
        Assistant United States Attorney

Receipt and Acknowledgment                                           Page 2

_Please see attached letter._

_Thanks —_

Signed by: _____
         (Defendant/Defense Attorney/AUSA)

Date: 11/30/05