HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : Docket No.: <u>CR-05-302-01</u> | JAN 1 7 2006 |
| vs. | : SSN: | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| STEIGER, Michael | : Disclosure Date: <u>November 10, 2005</u> | |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.
(X)  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        __11/28/05__
Prosecuting Attorney                                               Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.
( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    _____    _____    _____
Defendant                              Date         Defense Counsel                        Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **November 28, 2005**, to U.S. Probation Officer **Monica Johnson**, telephone number **(202) 565-1332**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
        United States Probation Officer

SEE ATTACHED LETTER.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 11/28/05

NOV-28-2005  11:49                                                         P.04/04



**U.S. Department of Justice**

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

November 28, 2005

USPO Monica Johnson
United States Probation Office
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re:    United States v. Michael Steiger, CR-05-302-02 (CKK)

Dear Ms. Johnson:

    This letter is in response to the November 10, 2005 Presentence Investigation Report in the above-captioned matter. Paragraph 21 of the Report indicates that the defendant is subject to a two-level upward adjustment, pursuant to U.S.S.G. § 3B1.3, for abuse of a position of trust or use of a special skill. The Government is not advocating that this adjustment be applied based on the conduct here in which the defendant caused the issuance of checks made payable to himself from the operational expenses checking account. While the defendant was an accountant, the evidence is lacking to show that he utilized his special skill in a "manner that significantly facilitated the commission or concealment of the offense". U.S.S.G. § 3B1.3. He merely caused the issuance of checks payable to himself and took them across state lines, a crime which involved no special skill.

    Should you have any questions about this matter, I can be reached at 202-535-2453.

                                  Sincerely,

                                  John Griffith
                                Assistant U.S. Attorney
                                Fraud and Public Corruption Section