IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-302 (CKK) |
| ) | |
| MICHAEL STEIGER, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO BEGIN ELECTRONIC
MONITORING ON OR AFTER APRIL 1, 2006**

Defendant, Michael Steiger, through undersigned counsel, respectfully submits this unopposed motion to begin the home confinement stage of Mr. Steiger's probation on or after April 1, 2006.

As grounds for this motion, defense counsel submits:

1. On August 10, 2005, an Information was filed charging Mr. Steiger with one count of interstate transportation of stolen property, in violation of 18 U.S.C. § 2314.

2. On January 17, 2006, Mr. Steiger was sentenced to one year of probation, to include six months of home confinement with electronic monitoring. Mr. Steiger's supervision has been transferred to Virginia. Mr. Steiger's probation officer in Virginia is USPO Barry Raymond.

3. On February 14, 2006, undersigned counsel spoke with Mr. Raymond concerning Mr. Steiger's probation. Mr. Steiger is set to commence the home confinement with electronic monitoring component of his sentence in late February. Because Mr. Steiger is (1) scheduled to go to Dallas, Texas for a work meeting in March; and (2) ending his employment in late March,

however, USPO Raymond and Mr. Steiger agree that the interests of judicial efficiency would be served by delaying the installation of the electronic monitoring device until early April, 2006.

4. Mr. Steiger is in full compliance with his conditions of probation.

5. The government, through AUSA John Griffith, does not oppose the relief requested in this motion.

WHEREFORE, Mr. Steiger respectfully requests that he begin his term of electronic monitoring on or after April 1, 2006.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 05-302 (CKK) |
| MICHAEL STEIGER, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of the defendant's unopposed motion for , it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the home confinement with electronic monitoring component of defendant's sentence shall begin on or after April 1, 2006.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

_____
DATE

Jonathan S. Jeffress, AFPD
John Griffith, AUSA
United States Probation Office