## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Criminal No. 05-302 (CKK) |
| | ) |
| MICHAEL STEIGER, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Upon consideration of the defendant's unopposed motion for  , it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the home confinement with electronic monitoring

component of defendant's sentence shall begin on or after April 1, 2006.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE


_____2/14/06_____
DATE


Jonathan S. Jeffress, AFPD
John Griffith, AUSA
United States Probation Office