IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 05-302 (CKK) |
| MICHAEL STEIGER, | ) ) ) | |
| Defendant. | ) ) | |

### DEFENDANT MICHAEL STEIGER'S MOTION TO RELIEVE PROBATION FROM THIRD PARTY NOTIFICATION

Defendant, Michael Steiger, through undersigned counsel, respectfully submits this motion to relieve Mr. Steiger's United States Probation Officer from third party notification. Specifically, Mr. Steiger asks the Court to relieve probation from requiring that Mr. Steiger inform all future employers (including his present employer) about his offense, which was based on conduct that occurred over four years ago (September 2000 - February 2002).

As grounds for this motion, defense counsel submits:

1.   On August 10, 2005, an Information was filed charging Mr. Steiger with one count of interstate transportation of stolen property, in violation of 18 U.S.C. § 2314. The information was based on conduct that occurred between September 21, 2000 and February 21, 2002, when Mr. Steiger work at Management Sciences for Development, Inc ("MSD"). Following discovery of the theft, Mr. Steiger immediately paid MSD back for the stolen funds. Mr. Steiger subsequently plead guilty to the offense.

2.   On January 17, 2006, Mr. Steiger was sentenced to one year of probation, to include six months of home confinement with electronic monitoring. Mr. Steiger's supervision

was transferred to the Eastern District of Virginia. Mr. Steiger's probation officer is USPO Barry Raymond.

     3.     The United States Probation Office apparently has a standard "third-party notification" policy whereby defendants who commit a financial offense while serving in finance or accounting-related positions are not permitted to obtain similar positions following their conviction without first informing their new employer about their prior conviction. Although undersigned counsel has not been able to locate a copy of this policy, undersigned counsel is familiar with it from other cases.

     4.     Mr. Steiger recently obtained a position as a comptroller at a small company. The position provides Mr. Steiger with badly needed income for his family, including healthcare insurance and other money to address his family's healthcare situation, which is serious due to his wife's status recovering from breast cancer and Mr. Stegier's son's health problems with juvenile diabetes.

     5.     Because Mr. Steiger's offense occurred over four years ago and he has not re-offended since that time, and due to the pressing financial needs owing to his family's healthcare situation, we are respectfully requesting that the Probation Office be excused from enforcing its third-party notification policy in this instance.

     6.     USPO Barry Raymond has stated that he will delay notification of Mr. Steiger's employer pending the Court's resolution of the instant motion.

WHEREFORE, Mr. Steiger respectfully requests that the Court enter the attached order relieving probation from third party notification under the specific facts and circumstances of this case.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-302 (CKK) |
| ) | |
| MICHAEL STEIGER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the defendant's motion, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the United States Probation Department is

**RELIEVED** from third party notification on the specific facts and circumstances of this case.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

_____
DATE

Jonathan S. Jeffress, AFPD
John Griffith, AUSA
United States Probation Office