IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 05-302 (CKK) |
| ) | |
| MICHAEL STEIGER, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT MICHAEL STEIGER'S EMERGENCY UNOPPOSED MOTION TO PERMIT DEFENDANT TO EXTEND CURFEW ON MAY 20, 2006 AND JUNE 14, 2006**

Defendant, Michael Steiger, through undersigned counsel, respectfully submits this motion to extend Mr. Steiger's curfew hours until midnight on May 20, 2006 and June 14, 2006.

As grounds for this motion, defense counsel submits:

1. On August 10, 2005, an Information was filed charging Mr. Steiger with one count of interstate transportation of stolen property, in violation of 18 U.S.C. § 2314. Mr. Steiger subsequently plead guilty to the offense. On January 17, 2006, Mr. Steiger was sentenced to one year of probation, to include six months of home confinement with electronic monitoring. Mr. Steiger is still at this time subject to electronic monitoring.

2. Mr. Steiger has two very special occasions coming up: this Saturday, May 20, 2006, is his parents' 50th wedding anniversary. The entire family intends on taking a cruise on the Potomac. Mr. Steiger anticipates that he will be home before midnight. In addition, on June 14th, Mr. Steiger's son will graduate from high school. Mr. Steiger would like to attend the graduation party at Nissan Pavilion. Again, he anticipates being home by midnight.

3. Based on the above, Mr. Steiger asks that the Court extend his curfew until

midnight on May 20th, 2006 and June 14th, 2006.

    4.    AUSA John Griffith does not oppose the relief requested in this motion.

WHEREFORE, Mr. Steiger respectfully requests that the Court enter the attached order extending his curfew until midnight on May 20, 2006 and June 14, 2006.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-302 (CKK) |
| ) | |
| MICHAEL STEIGER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the defendant's motion, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Mr. Steiger's curfew shall be extended until midnight on May 20, 2006 and June 14, 2006.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

_____
DATE

Jonathan S. Jeffress, AFPD
John Griffith, AUSA
United States Probation Office