UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. CR-05-0302 (CKK) |
| | : | |
| **MICHAEL STEIGER,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION
TO RELIEVE PROBATION FROM THIRD PARTY NOTIFICATION**

    The United States, by and through its attorney, the United States Attorney for the District of Columbia, submits this opposition to defendant's Motion to Relieve Probation From Third Party Notification. The defendant notes that he needs to maintain his employment as comptroller of a small company in order to provide income for his family and continue needed health insurance coverage. While the government sympathizes with the defendant concerning any financial and health concerns of his family members, the nature of his current employment as a comptroller make it likely that he is acting in a fiduciary capacity, with key financial responsibilities on behalf of the company, including having access to the firm's bank accounts. The defendant's motion does not indicate what representations he made to his current employer regarding his prior employment at Management Sciences for Development, Inc., when he applied for his current job. In any event, due to the nature of defendant's current position, there is a heightened risk for the employer and the company clearly should be informed about defendant's conviction so that it can properly evaluate that risk. As the defendant points out, his criminal conduct occurred over four years ago and he paid back the stolen funds shortly after discovery. If defendant's current employer is made aware of these mitigating circumstances, the likelihood of negative repercussions to the defendant should be reduced.

WHEREFORE, the defendant's Motion to Relieve Probation From Third Party Notification should be denied.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
JOHN D. GRIFFITH
Assistant United States Attorney
Fraud & Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-2453