IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-302 (CKK) |
| ) | |
| MICHAEL STEIGER, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT MICHAEL STEIGER'S MOTION FOR RECONSIDERATION OF
MAY 19, 2006 ORDER DENYING MOTION TO EXTEND CURFEW ON JUNE 14, 2006**

Defendant, Michael Steiger, through undersigned counsel, respectfully submits this motion for reconsideration of the Court's Order of May 19, 2006 denying Mr. Steiger's unopposed motion to extend curfew until midnight on June 14, 2006, so that he can attend his son's high school graduation festivities on that evening.

As grounds for this motion, defense counsel respectfully submits:

1. On May 18, 2006, defendant, though counsel, filed an unopposed motion to extend curfew on the evenings of May 20, 2006 and June 14, 2006. The May 20, 2006 date was for Mr. Steiger's parents' 50th wedding anniversary party. Because the motion was denied on May 19, 2006, see infra, Mr. Steiger did not attend the event. The June 14, 2006 date is for Mr. Steiger's son's high school graduation festivities, which are being held at Nissan Pavilion between 8pm and approximately 11pm.

2. The May 19, 2006 Minute Order denying Mr. Steiger's Motion stated that the Motion was denied because "it is Probation's practice not to allow offenders to attend social functions in the community while serving a term of home confinement." PACER docket entry

#19.

3.	Based on the Court's Order, undersigned counsel contacted Mr. Steiger's probation officer, Barry Raymond, of the United States Probation Office for the Eastern District of Virginia. The phone number of that office is 703-366-2100.  As with the Probation Office for the District of Columbia, Officer Raymond confirmed that his office would not permit a defendant to extend his curfew for "social events" <u>absent an order from the Court</u>.  However, <u>when such relief is sought from the Court</u>, Officer Raymond reports that his office <u>takes no position</u> on issues such as whether a defendant's curfew should be extended on a given night for a special occasion.  Officer Raymond also confirmed that his office is neutral with respect to the specific relief requested by the instant motion, <u>i.e.</u>, Mr. Steiger's request to attend his son's graduation festivities.

4.	As Mr. Steiger's probation officer, Barry Raymond, does not oppose the relief requested by Mr. Steiger's motion (namely, that Mr. Stegier's curfew be extended so he can attend the graduation festivities on June 14, 2006), Mr. Steiger respectfully requests that the Court reconsider its previous Order and enter the attached order extending Mr. Steiger's curfew until midnight on June 14, 2006.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202) 208-7500, ex. 134

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-302 (CKK) |
| ) | |
| MICHAEL STEIGER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of defendant's motion to reconsider, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Mr. Steiger's curfew shall be extended until midnight on June 14, 2006 so that he can attend his son's graduation festivities at Nissan Pavilion.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE


_____
DATE

Jonathan S. Jeffress, AFPD
John Griffith, AUSA
United States Probation Office, Eastern District of Virginia