IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. 05-302 (CKK)** |
| ) | |
| **MICHAEL STEIGER,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the defendant's motion, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is

**FURTHER ORDERED** that Mr. Steiger is permitted to travel to Houston, Texas on August 27-28, 2006 for the purpose of a job interview; it is

**FURTHER ORDERED** that the electronic monitoring device may be removed for the duration of Mr. Steiger's travel, as set froth above; and it is

**FURTHER ORDERED** that Mr. Steiger shall serve an additional _____ days of home detention with electronic monitoring at the conclusion of his six month home detention period to compensate for his travel days.

**SO ORDERED.**

                                              _____  
                                              COLLEEN KOLLAR-KOTELLY  
                                              UNITED STATES DISTRICT JUDGE  

                                              _____  
                                              DATE

Jonathan S. Jeffress, AFPD  
John Griffith, AUSA  
United States Probation Office