IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-302 (CKK) |
| ) | |
| MICHAEL STEIGER, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the defendant's motion, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is

**FURTHER ORDERED** that Mr. Steiger is permitted to travel to Houston, Texas on August 27-28, 2006 for the purpose of a job interview; it is

**FURTHER ORDERED** that the electronic monitoring device may be removed for the duration of Mr. Steiger's travel, as set froth above; and it is

**FURTHER ORDERED** that Mr. Steiger shall serve an additional ____two____ days of home detention with electronic monitoring at the conclusion of his six month home detention period to compensate for his travel days.

**SO ORDERED.**

*Permission to travel Aug. 27-28, 2006 to Houston, Texas for job interview.*

05CR302

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

DATE    8/25/06

Jonathan S. Jeffress, AFPD
John Griffith, AUSA
United States Probation Office