UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**FILED**

DEC 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Michael Steiger**                                  Docket No.:**05-302-01**

### REQUEST FOR COURSE OF ACTION

**PRAYING THE COURT WILL ORDER** that Mr. Steiger's term of probation be extended by a period of 60 days to allow him to complete his 150 hours of community service, thereby resulting in a new expiration date of March 16, 2007.

### ORDER OF COURT

Considered and ordered this _____3/20_____ day of _____Dec._____, 2006.

_____
Colleen Kollar-Kotelly
United States District Judge

_____12/31/06_____
Date