UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

FILED

DEC 31 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Michael Steiger**                                    Docket No.: **05-302-01**

### REQUEST FOR COURSE OF ACTION

**PRAYING THE COURT WILL ORDER** that Mr. Steiger's term of probation be extended by a period of 60 days to allow him to complete his 150 hours of community service, thereby resulting in a new expiration date of March 16, 2007.

### ORDER OF COURT

Considered and ordered this ___3/20___ day of ___Dec.___, 2006.

_____
Colleen Kollar-Kotelly
United States District Judge

___12/31/06___
Date