PROB 49
(Mod.ED/VA-Rev. 03/04)
# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF COLUMBIA

FILED
DEC 3 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. STEIGER, Michael                              Criminal No. 05-302

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing, at no cost to me, if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1) Defendant's probation supervision will be continued 60 days, until March 16, 2007, to allow for the completion of 150 hours of community service.

Witness: _____   Signed: _____
         U.S. Probation Officer             Probationer or Supervised Releasee

12-19-2006
DATE

**ORDER OF COURT**

Considered and ordered this _____ day of _____, 20___ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

Respectfully,

_____
Barry E. Raymond
Senior U.S. Probation Officer

Place  Manassas, Virginia
Date   12-19-2006