UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**FILED**

MAR - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Michael Steiger**                                   Docket No.:**05-302-01**

### REQUEST FOR COURSE OF ACTION

**PRAYING THE COURT WILL ORDER** that Mr. Steiger's term of probation be extended, resulting in a revised expiration date of July 15, 2007, to allow him time to complete his 150 hours of community service.

### ORDER OF COURT

Considered and ordered this ___8th___ day of ___March___, 2007.

_____
Colleen Kollar-Kotelly
United States District Judge

___March 8, 2007___
Date